

MONICA J. TRANEL, ESQ.
TRANEL LAW FIRM, P.C.

*Office Phone:* 406-926-2662
*Email: mtranel@tranelfirm.com*
*Website: www.tranelfirm.com*

401 Washington Street
Missoula, MT 59802

May 18, 2025

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939
(415) 355-8000
By email at molly_dwyer@ca9.uscourts.gov

　　　RE:　Cause No. 25-2717 *Webber v. USA et al.*

Dear Clerk Dwyer:

Pursuant to FRAP 28(j) and Circuit Rule 28-6, Appellants Susan Webber, Jonathan St. Goddard, Rhonda Mountain Chief and David Mountain Chief, submit the attached opinion *AARP et al v. Trump et al*, 605 U.S. ___ (2025), No. 24A1007 issued May 16, 2025 as additional authority related to their pending motion for a preliminary injunction (Doc. 5.1 and supporting documents 4.1 to 4.23).

*AARP v. Trump* directly addresses the issue of the Appellate Court's jurisdiction to review an interlocutory order that has the practical effect of refusing an injunction. In *AARP*, the Fifth Circuit dismissed an appeal for lack of jurisdiction and denied an injunction pending appeal as premature. The Supreme Court, Per Curiam, vacated and remanded, stating: "Appellate courts have jurisdiction to review interlocutory orders that have "the practical effect of refusing an injunction." "

Notice of Supplemental Authority
Rule 28(j) Letter
Page 2 of 2
May 18, 2025

*AARP* p. 3 citing and quoting *Carson v. American Brands, Inc.*, 450 U.S. 79, 84 (1981).

The Supreme Court vacated the judgment of the 5th Circuit and remanded with instructions to address all the preliminary injunction factors. *AARP* p. 8. *AARP* is clear authority that the Ninth Circuit has authority and jurisdiction to address all the preliminary injunction factors submitted by the Appellants in their request for injunctive relief pending appeal (Doc 5.1). Seventeen declarations have been filed supporting the request (4.1 through 4.12, 13.2), setting out irreparable harm.

Appellants conduct business across the 49th parallel and seek relief prior to the summer tourist season that starts when the Going to the Sun highway is cleared and that is dependent on Glacier National Park's short but critical season.

The motion is fully briefed and ripe for decision.

MONICA TRANEL

/s/ *Monica Tranel*

TRANEL LAW FIRM, P.C.

Statement of compliance: In compliance with FRAP 28(j) and Circuit Rule 28-6 the body of the above letter providing notice of *AARP v. Trump* is 275 words.

Copy: Attorney for Defendants
         Luke Mathers at Luke.Mathers@usdoj.gov