

MONICA J. TRANEL, ESQ.
TRANEL LAW FIRM, P.C.

*Office Phone:* 406-926-2662
*Email: mtranel@tranelfirm.com*
*Website: www.tranelfirm.com*

401 Washington Street
Missoula, MT 59802

May 23, 2025

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

    RE:    Cause No. 25-2717 *Webber v. USA et al.*
            Response to Government Notice of Supplemental Authority Rule 28(j)

Dear Clerk Dwyer:

The government submitted the Northern District of Florida's decision in *Emily Ley*, (May 20, 2025) as supplemental authority. That decision has no relevance here for three reasons.

*First*, this case arises under the Constitution. The Florida Court's analysis addresses statutory issues. The Order has no application to tribal members bringing constitutional claims under the Indian Commerce Clause of Article I, Section 8, Clause 3 of the Constitution. The decision in *Emily Ley* is not relevant.

Response to Government's Notice of Supplemental Authority
Rule 28(j) Letter
Page 2 of 2
May 23, 2025

*Second*, clear case law vests only the Ninth Circuit with jurisdiction to decide the validity of the transfer order. The Supreme Court clarified this in *AARP et al v. Trump et al*, 605 U.S. ___ (2025), No. 24A1007 issued May 16, 2025, stating: "Appellate courts have jurisdiction to review interlocutory orders that have "the practical effect of refusing an injunction." " *AARP* p. 3 citing and quoting *Carson v. American Brands, Inc.*, 450 U.S. 79, 84 (1981).

*Third*, the tariffs are intended to raise revenue, divesting the CIT of any authority to hear this case. On May 22, 2025 the House passed H.R. 1 [Report No. 119-106], with tax cuts for the richest 1 percent of Americans justified by tariff revenue imposed by the executive orders. The CIT has no jurisdiction under 28 U.S.C. § 1581.

Appellants motion for an injunction (Doc. 5.1) is fully briefed and ripe for decision.

                MONICA TRANEL

                /s/ *Monica Tranel*

                TRANEL LAW FIRM, P.C.