# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Susan Webber, Jonathan St. Goddard, Rhonda Mountain Chief and David Mountain Chief,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, THE UNITED STATES OF AMERICA, and, in her official capacity, KRISTI NOEM,<br><br>Defendants. | No. 25-2717 |

## APPELLANT'S MOTION FOR EXPEDITED BRIEFING SCHEDULE

In accordance with this Court's Order dated May 23, 2025 (Docket Entry 19.1) Susan Webber, Jonathan St. Goddard, Rhonda Mountain Chief, and David Mountain Chief, enrolled members of the Blackfeet Tribe, request an expedited briefing schedule on the merits of their appeal.

On June 2, 2025, the district court denied the April 28, 2025 motion for reconsideration of jurisdiction (District Court Docket Entry No. 58, attached and included). As a result, the stay entered by this Court is moot and Appellants ask the Court to set an expedited briefing schedule on the merits of their appeal.

In addition, Appellants respectfully request this Court grant their fully briefed motion (Docket Entry No. 4) for a preliminary injunction pursuant to

**MOTION FOR EXPEDITED BRIEFING** 1

FRAP 8(a)(2)(A)(2). The motion was first filed on April 5, 2025 (District Court Docket No. 3). Appellants seek relief from the immediate and ongoing harm caused by the erratic and unpredictable executive order tariffs. Seventeen declarations support Appellants' motion for an injunction. Appellants ask the Court for an immediate expedited ruling on their motion pursuant to Circuit Rule 3-3(c).

Respectfully submitted this 2nd day of June, 2025.

        TRANEL LAW FIRM, P.C.

        By:  /s/ *Monica Tranel*
            Monica Tranel
            TRANEL LAW FIRM, P.C.
            401 Washington Street
            Missoula, MT  59802
            (406) 926-2662
            mtranel@tranelfirm.com
            Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 2, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED this 2nd day of June, 2025.

*/s/ Monica J. Tranel*
Monica J. Tranel