No. 25-2717

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Susan Webber, Jonathan St. Goddard,
Rhonda Mountain Chief and David Mountain Chief,
*Plaintiffs-Appellants*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, THE UNITED
STATES OF AMERICA, and,
in her official capacity, KRISTI NOEM
*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Montana
No. CV 25-26-GF-DLC
Hon. Dana Christensen

## APPELLANTS INDEX VOLUME

Monica J. Tranel
TRANEL LAW FIRM, P.C.
401 Washington Street
Missoula, MT 59802
(406) 926-2662
*mtranel@tranelfirm.com*

*Attorneys for Appellants*
Susan Webber, Jonathan St. Goddard,
Rhonda Mountain Chief and David Mountain Chief

# TABLE OF CONTENTS

Page

VOLUME 1 ...................................................................................................1

    District Court Transfer Order..........................................................................2

    District Court Order on Reconsideration ......................................................21

VOLUME 2 .................................................................................................39

    Declaration of Monica Tranel ......................................................................40

    America First Trade Policy Memorandum and Executive Order 14156, issued January 20, 2025, titled "Designating Cartels and Other Organizations as Foreign Terrorist Organizations and Specially Designated Global Terrorists .................................................................................................45

    Executive Order 14193 issued February 1, 2025, titled "Imposing Duties to Address the Flow of Illicit Drugs Across Our Northern Border." ...............51

    Fact Sheet: President Imposes Tariffs on Imports from Canada, Mexico and China, dated February 1, 2025 ....................................................................56

    Executive Order 14197 issued February 3, 2025, titled "Progress on our Northern Border." ......................................................................................58

    Proclamation 10895 (aluminum) issued February 10, 2025, titled "Implementation of Duties on Aluminum Pursuant to Proclamation 10895 Adjusting Imports of Aluminum Into the United States." ...........................60

    Proclamation 10896 (steel) issued February 10, 2025, titled "Implementation of Duties on Steel Pursuant to Proclamation 10896 Adjusting Imports of Steel Into the United States)."...................................................................71

    Fact Sheet: "President Announces "Fair and Reciprocal Plan" on Trade," dated February 13, 2025................................................................................86

    Fact Sheet: "President Proceeds with Tariffs on Imports from Canada and Mexico" dated March 3, 2025.......................................................................88

Executive Order 14231 issued March 6, 2025, titled "Amendment to Duties To Address the Flow of Illicit Drugs Across Our Northern Border." ........... 90

Fact Sheet: "President Adjusts Tariffs on Canada and Mexico to Minimize Disruption to the Automotive Industry" dated March 6, 2025 ..................... 92

Fact Sheet: President Adjusts Imports of Automobiles and Automobile Parts into the United States dated March 26, 2025 ................................................. 94

Executive Order 14257 issued April 2, 2025, titled "Regulating Imports with a Reciprocal Tariff to Rectify Trade Practices that Contribute to Large and Persistent Annual United States Goods Trade Deficits." .............................. 96

Fact Sheet: President Declares National Emergency to Increase our Competitive Edge, Protect our Sovereignty, and Strengthen our National and Economic Security, dated April 2, 2025 ..................................................... 98

"Report to the President on the America First Trade Policy Executive Summary" dated April 3, 2025 ................................................................. 100

**VOLUME 3** ............................................................................................................. 163

    Declaration of Susan Webber .................................................................. 164

    Declaration of Jonathan St. Goddard ....................................................... 167

    Declaration of Walter Schweiter ............................................................. 170

    Declaration of Ryan Hall ........................................................................ 173

    Second Declaration of Ryan Hall ............................................................ 183

    Declaration of Sarah Degn ...................................................................... 195

    Declaration of Trent Stolz ....................................................................... 198

    Declaration of John Wicks ...................................................................... 201

    Second Declaration of Rhonda Mountain Chief ..................................... 203

    Declaration of Stephen Conway ............................................................. 205

Declaration of Jackie Conway ...................................................................... 207

Second Declaration of Susan Webber .......................................................... 211

Declaration of Blackfoot Confederacy Chiefs Society ............................... 216

Declaration of Wayne Smith ........................................................................ 219

Declaration of Mary Jane Oatman ............................................................... 221

Updated Declaration of David Mountain Chief ........................................... 227

Rhonda Mountain Chief Bookings ............................................................... 230

Tractor Salvage Invoice ................................................................................ 232

Tariff Invoice ................................................................................................ 233

Tariff Act of 1789 ......................................................................................... 234

Tariff Act of 1799 ......................................................................................... 238

Explanatory Note to Article III of Jay Treaty ............................................. 240

Tariff Act of 1883 ......................................................................................... 241

Proclamation of 1763 .................................................................................... 242

Declaration of Vernon Finley ....................................................................... 259

Third Declaration of Susan Webber ............................................................. 261

First Amended Complaint ............................................................................ 267

Declaration of Rhonda Mountain Chief ....................................................... 324

Declaration of David Mountain Chief ......................................................... 327

Declaration of Dick Barrett .......................................................................... 330

Second Declaration of Ryan Hall ................................................................. 336

3

Declaration of Blackfoot Chiefs Confederacy Society ...............................356

Notice of Appeal .................................................................................359

Civil Docket for Case 4:25-DV-26-GF-DLC ............................................361

4