

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN WEBBER; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>Defendants - Appellees. | No. 25-2717<br><br>D.C. No. 4:25-cv-00026-DLC<br>District of Montana, Great Falls<br><br>ORDER |

Before: WARDLAW and SANCHEZ, Circuit Judges.

The motion (Docket Entry No. 20) for an expedited briefing schedule is granted. The clerk will file the opening brief submitted on June 9, 2025. The answering brief is due July 28, 2025. The optional reply brief is due August 18, 2025. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

The clerk will place this case on the calendar for September 2025. *See* 9th Cir. Gen. Ord. 3.3(g).