```
                                              FILED
        UNITED STATES COURT OF APPEALS
                                              SEP 5 2025
           FOR THE NINTH CIRCUIT
                                           MOLLY C. DWYER, CLERK
                                            U.S. COURT OF APPEALS
```

SUSAN WEBBER; et al.,

       Plaintiffs - Appellants,

 v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al.,

       Defendants - Appellees.

No. 25-2717

D.C. No. 4:25-cv-00026-DLC
District of Montana, Great Falls

ORDER

Appellees' September 4, 2025, Motion to Hold Proceedings in Abeyance is DENIED. The parties may renew the motion if the Supreme Court grants a petition for a writ of certiorari in either *Trump v. V.O.S. Selections, Inc.*, No. 25-250, or *Learning Resources, Inc. v. Trump*, No. 24-1287.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT