

MONICA J. TRANEL, ESQ.
TRANEL LAW FIRM, P.C.

Office Phone: 406-926-2662
Email: mtranel@tranelfirm.com
Website: www.tranelfirm.com

401 Washington Street
Missoula, MT  59802

September 11, 2025

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

     RE:    Cause No. 25-2717 *Webber v. USA et al.*
                 Supplemental Authority Rule 28(j)

Dear Clerk Dwyer:

     Pursuant to FRAP 28(j) and Circuit Rule 28-6, Appellants Susan Webber, Jonathan St. Goddard, and Rhonda and David Mountain Chief, submit the attached brief field by the government in *Learning Resources v. Trump,* U.S. Supreme Court Docket No. 24-1287. The government's representations support this Court retaining scheduled oral argument:

     "Movants assert [..] their "interests are directly and substantially

Notice of Supplemental Authority
Rule 28(j) Letter
Page 2 of 3
September 11, 2025

> affected by the President's […] tariffs on cross-border Tribes" who "operate small businesses and family ranches near the U.S.-Canada border." **But those objections may be vindicated in their own suit challenging the tariffs**; they do not give movants a cognizable protectable interest in this case that would warrant intervention."

Government brief p. 4.

> "Movants assert […] "[t]he President has no authority to impose tariffs on Indian Tribes." **But they are free to pursue that argument on an as-applied basis in their own suit** […]."

Government brief p. 5.

> "[…] even if the Court were interested in addressing any unique circumstances or arguments that movants might raise, **the prudent course would be to permit the lower courts to address them first**—not to grant intervention now.[..]"

Government brief p. 5.

Based on the government's representations to the U.S. Supreme Court, this case should remain on the calendar as set.

In addition, the government's position concedes that this Court has immediate appellate jurisdiction under the collateral order doctrine:

Notice of Supplemental Authority
Rule 28(j) Letter
Page 3 of 3
September 11, 2025

> "The district court did not address the merits of those challenges, but instead granted the government's motion to transfer the case to the CIT because movants' claims "fall squarely within the exclusive jurisdiction of the [CIT]" and the court was therefore "divested of its jurisdiction.""

Government brief p. 2.

Based on this statement, the collateral order doctrine's elements are satisfied. The question of jurisdiction was conclusively decided; the issue (as acknowledged by the government) of jurisdiction is separate from the merits; and the government is now ensuring that the decision is effectively becoming unreviewable. *United States v. Cloud*, 102 F.4th 968, 974 (9th Cir. 2024).

MONICA TRANEL

/s/ *Monica Tranel*

TRANEL LAW FIRM, P.C.

Statement of compliance: In compliance with FRAP 28(j) and Circuit Rule 28-6 the body of the above letter is 329 words.

Copy: Luke Mathers at Luke.Mathers@usdoj.gov
　　　Bradley Hinshelwood at bradley.a.hinshelwood@usdoj.gov
　　　Michael Raab at michael.raab@usdoj.gov
　　　Daniel L. Winik at daniel.l.winik@usdoj.gov
　　　Sophia Shams at sophia.shams@usdoj.gov
　　　Sarah Welch at sarah.e.welch@usdoj.gov