FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN WEBBER; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>　　　　Defendants - Appellees. | No. 25-2717<br><br>D.C. No. 4:25-cv-00026-DLC<br>District of Montana, Great Falls<br><br>ORDER |

Before: W. FLETCHER, GOULD, and DE ALBA, Circuit Judges.

　　The parties are ordered to submit simultaneous supplemental briefs addressing our court's appellate subject matter jurisdiction to review a §1631 transfer order. The supplemental briefs shall be no longer than 4000 words and shall be submitted no later than fourteen days after the entry of this order.