

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN WEBBER; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>    Defendants - Appellees. | No. 25-2717<br><br>D.C. No. 4:25-cv-00026-DLC<br>District of Montana, Great Falls<br><br>ORDER |

The supplemental brief submitted by Appellants is filed.

Appellants must file 6 copies of the brief in paper format securely bound on the left side with tan front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be addressed to the Clerk's principal office and mailed or transmitted to a delivery service within 7 days of this order. The delivery address is 95 Seventh Street, San Francisco, CA 94103. The U.S. Mail address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT