UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SUSAN WEBBER; et al.,

      Plaintiffs - Appellants,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; et al.,

      Defendants - Appellees.

No. 25-2717

D.C. No.
4:25-cv-00026-DLC

District of Montana,
Great Falls

MANDATE

The judgment of this Court, entered February 27, 2026, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT